Joseph B. Espo, *pro hac vice*
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, Maryland 20202
(410) 962-1030; (410) 385-0869 fax
jbe@browngold.com

*Attorney for Plaintiffs*

Joseph T. Clees, SBN 009645
Nonnie L. Shivers, SBN 023460
OGLETREE DEAKINS
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
(602) 778-3700; (602) 778-3750 fax
Joe.clees@ogletreedeakins.com
Nonnie.shivers@ogletreedeakins.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sebastian Ibanez and the National Federation of the Blind, <br><br> Plaintiffs, <br><br> vs. <br><br> Maricopa Community College District and Mesa Community College, <br><br> Defendants. | Case No.: CV 12-907-PHX-NVW <br><br> Honorable Neil V. Wake <br><br> **RULE 41 STIPULATION OF DISMISSAL** |

Plaintiffs Sebastian Ibanez and the National Federation of the Blind ("NFB"), and

Defendants Maricopa Community College District ("Maricopa") and Mesa Community

College ("Mesa"), by their respective attorneys, pursuant to Fed. R. Civ. P. 41(a) hereby stipulate to the dismissal of this case without prejudice.

Respectfully submitted,


    s/  Joseph B. Espo
Joseph B. Espo, *pro hac vice*
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: (410) 962-1030
Facsimile:  (410) 385-0869
jbe@browngold.com

*Attorney for Plaintiffs*


    s/ Nonnie L. Shivers (w/ permission)
Joseph T. Clees, SBN 009645
Nonnie L. Shivers, SBN 023460
OGLETREE DEAKINS
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Joe.clees@ogletreedeakins.com
Nonnie.shivers@ogletreedeakins.com

*Attorneys for Defendants*